UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                           Case No. 8:18-cr-192-T-23CPT

JESUS MANUEL RODRIGUEZ,
    a/k/a "Caltu,"
BRYAN GOMEZ NEVAREZ,
LUIS ENRIQUE HERNANDEZ QUINONES,
    a/k/a "Gordo,"

## BILL OF PARTICULARS
**(Forfeiture)**

The United States of America pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following is subject to forfeiture on the basis of the allegations set forth in the "Forfeiture" section of the Indictment filed in the above-styled criminal case:

1. Approximately $35,601.00 U. S. Currency seized from Jesus Manuel Rodriguez;

2. Approximately $1,541.00 U. S. Currency seized from Bryan Gomez Nevarez;

3. One Royal Sovereign money counter, serial number K1707LA84303 seized from Luis Enrique Hernandez Quinones;

4. Miscellaneous firearms and ammunition seized from Jesus Manuel Rodriguez:

    a. A Glock Model 17 Gen 4 9mm pistol, serial number SEW473;

      b. A Century Arms International (Zastava Serbia) PAP M85 NP 5.56mm caliber pistol, serial number M85-NP003817;
      c. A Mossberg 500 12-gauge shotgun, serial number U014977;
      d. A Glock Model 17 Gen 4 9mm pistol, serial number BDUV611;
      e. Two .45 caliber magazines;
      f. Two AK47 magazines containing approximately 77 rounds of ammunition;
      g. Approximately eight rounds of 12-gauge shotgun shells;
      h. Approximately 17 rounds of 9mm ammunition;
      i. Three 9mm magazines containing approximately 45 rounds of ammunition;
      j. 50-round drum magazine with approximately 34 rounds of 9mm ammunition; and
      k. Approximately 92 rounds of rifle and pistol ammunition.

4. Miscellaneous firearms and ammunition seized from Bryan Gomez Nevarez:

      a. A Springfield Armory SA-XD 9mm handgun, serial number XD235043;
      b. Four magazines with firearm-related parts; and
      c. Approximately eight rounds of .40 caliber ammunition.

5. Miscellaneous firearms and ammunition seized from Luis Enrique Hernandez Quinones:

      a. A Regent R350CR .45 ACP, serial number 13BE01202;
      b. A Glock 30 .45 caliber handgun, serial number XVF894, with three additional magazines and approximately 59 rounds of .45 caliber ammunition
      c. A .223 AR-15 (skull wrap) with scope and approximately 30 rounds of ammunition;

  d. Approximately 10 rounds of .45 caliber ammunition;
  e. 13 magazines which hold .223 caliber ammunition for an AR-15, one AR15 stock, one round of 12-gauge ammunition, approximately 17 rounds of .223 ammunition, and miscellaneous firearm-related items seized from a Gray canvass collapsible organizer.
  f. One round of .223 ammunition;
  g. One box of approximately 16 rounds of .45 ammunition; and
  h. One box of approximately 100 rounds of 9mm ammunition.

                Respectfully Submitted,

                MARIA CHAPA LOPEZ
                United States Attorney

By:    *s/James A. Muench*
        JAMES A. MUENCH
        Assistant United States Attorney
        Florida Bar Number 472867
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        (813) 274-6000 – telephone
        E-mail: james.muench2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/James A. Muench*
JAMES A. MUENCH
Assistant United States Attorney
